IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                              Case No.:  3:05cv25/RV/EMT

CARYL SUE KILINSKI, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's motion to voluntarily dismiss the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 23).[1]

This Court construes Plaintiff's motion as a notice of voluntary dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's motion to dismiss, construed as a notice of voluntary dismissal, be **GRANTED** and this case be **DISMISSED without prejudice**.

---

[1] Plaintiff additionally requests that the court consider a "stop payment" of collection of the filing fee in this case.  Plaintiff was advised in the order granting his motion to proceed in forma pauperis that dismissal of this action would not relieve him of the obligation to pay the full filing fee (*see* Doc. 11, ¶ 7).  Thus, Plaintiff's request is denied.

At Pensacola, Florida, this 11th day of April 2005.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).