IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                                    Case No. 3:05cv25/RV/EMT

CARYL SUE KILINSKI,
JEFF STRALEY,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 21, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion to Invoke Court Order Upon Inmate Bank (Doc. 12) is **DENIED**.

**DONE AND ORDERED** this 25th day of April, 2005.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **UNITED STATES DISTRICT JUDGE**