IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                           Case No.:  3:05cv25/RV/EMT

CARYL SUE KILINSKI, et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 25, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's motion to dismiss, construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

    3. The plaintiff is granted leave to file an amended complaint, if and when this matter has been administratively exhausted and is ripe, upon a proper showing of grounds to proceed within eight months from this date, without paying a new filing fee.

    **DONE AND ORDERED** this 28th day of April, 2005.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **SENIOR U. S. DISTRICT JUDGE**