IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                                  Case No.: 3:05cv25/RV/EMT

JEFF STRALEY,
JAMES V. CROSBY,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 22, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion for Summary Judgment based on Newly Discovered Evidence (Doc. 36) is **DENIED**.

    3. This case is **REFERRED** to the assigned Magistrate Judge for further proceedings, including service of the amended complaint upon Defendants.

    **DONE AND ORDERED** this 7th day of July, 2005.

                                  /s/ _Roger Vinson_
                                  **ROGER VINSON**
                                  **UNITED STATES SENIOR JUDGE**