IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                                Case No. 3:05cv25/RV/EMT

JAMES V. CROSBY, JR.,
and JEFF STRALEY,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 5, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's claims under the Fourteenth Amendment are **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.  Defendants' motion for summary judgment (Doc. 54) is **GRANTED** as to Plaintiff's claims of violations of 38 U.S.C. § 5301.

    4.  The clerk is directed to enter judgment accordingly and close the file.

        **DONE AND ORDERED** this 30th of June, 2006.


                                            /s/  *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**