IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LARRY PURVIS,
    Plaintiff,

vs.                              Case No. 3:05cv25/RV/EMT

JAMES V. CROSBY, JR.,
and JEFF STRALEY,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 9, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Notice of Inquiry (Doc. 92), construed as a motion to re-open this case, is **DENIED**.

**DONE AND ORDERED** this 7th day of February, 2007.

                                           /s/ *Roger Vinson*
                                           **ROGER VINSON**
                                           **SENIOR UNITED STATES DISTRICT JUDGE**